# **EXHIBIT A**

 **TAKATA**

TK HOLDINGS INC.
2500 Takata Drive
Auburn Hills, MI 48326 USA
TEL 248-373-8040
FAX 248-377-2040

Date:    March 18, 2015

Re:    Termination and Liquidation of TK Holdings Supplemental Management
Retirement Plan I and Plan II

Dear NQ Participant:

You have been a participant in the TKH Holdings Supplemental Management Retirement Plan I and Plan II (the "Plans") and currently have an account balance under both Plans. The Plan documents have always permitted TKH to terminate the Plans and over the years, TKH has periodically considered whether terminating the Plans was appropriate. After careful consideration, TKH has decided to terminate Plan I and Plan II and to distribute to all participants their entire account balances. This letter explains the reasons for this decision and its impact on you.

As you may know, when the Plans were originally established, there was a significant number of active participants deferring compensation. However, this is no longer the case. Plan I was frozen to new participants and new contributions in 2005 and the number of active participants in Plan II has significantly decreased over a number of years. In fact, partially for this reason Plan II was frozen for new contributions in 2014. Currently, there are less than 15 active participants in Plan II. Given this, the Plans are no longer effectively serving their intended purpose.

Also, over the years TKH made contributions to a rabbi trust to provide a source of funds to pay Plan benefits. TKH is now in the fortunate position of having sufficient assets in the rabbi trust with which to pay all benefits due in full, making the termination and distribution cost-effective. Finally, continuing to administer the Plans is costly in terms of on-going professional costs and the time TKH staff must devote to issues related to the Plans. For these primary reasons, TKH decided to terminate the Plans.

Plan I

Plan I will be terminated effective April 15, 2015. Plan I provides that upon termination, all account balances must be paid out to all participants within 30 days. Accordingly, you will receive a full distribution of 100% of your account balance in a single lump sum no later than May 15, 2015, regardless of any prior distribution election you may have made. The lump sum distribution to you will be taxable in 2015 as ordinary income and will be subject to a special federal income tax withholding rate of 25%. Any state or local income taxes will also be withheld as required by law. You will receive a Form W-2 in January 2016 showing the amount of the distribution and amounts withheld. Since Plan I is not a qualified retirement plan, this distribution is not eligible to be rolled over to an IRA or qualified plan. You do not need to take any action to receive this distribution.

Plan II

Plan II was terminated effective March 5, 2015. Under Internal Revenue Service regulations, distributions from Plan II due to the termination may not be made for 12 months from the termination date. This means that you will receive a full distribution of 100% of your account balance in a single lump sum as soon as practicable after March 5, 2016, regardless of any prior distribution election you may have made. However, between now and the final distribution after March 5, 2016, any distributions that would have occurred normally will still be made as usual (e.g., a scheduled installment payment). The lump sum distribution to you will be taxable in 2016 as ordinary income and will be subject to a special federal income tax withholding rate of 25%. Any state or local income taxes will also be withheld as required by law. You will receive a Form W-2 in January 2017 showing the amount of the distribution and amounts withheld. Since Plan II is not a qualified retirement plan, this distribution is not eligible to be rolled over to an IRA or qualified plan. You do not need to take any action to receive this distribution. If you made a 2015 base or bonus deferral election, the deferrals will continue to occur as elected.

If you have any questions about the termination of the Plans or the distributions that will be made, please contact Kim Pietruszka at 248-340-7649.

Sincerely,


Ryan Brueckner
Vice President of Human Resources

ANNARBOR 37963-7 190895v1