# **EXHIBIT B**

 **TAKATA**

TK HOLDINGS INC.
2500 Takata Drive
Auburn Hills, MI 48326 USA
TEL 248-373-8040
FAX 248-377-2040

Date: March 3, 2016

To: NQ Plan II Participants

From: Ryan Brueckner

Re: Termination and Liquidation of TK Holdings Supplemental Management Plan II – Timing of Final Disbursement

Dear NQ Participant:

You have been a participant in the TK Holdings Supplemental Management Retirement Plan II, TKH's non-qualified deferred compensation plan ("Plan II") and currently have an account balance in Plan II. As you know, on March 5, 2015, TKH decided to terminate Plan II. At the time of the termination, we informed you that TKH would continue to make normal distributions to participants (i.e., scheduled installment payments) and it has done so. You were also told that the Internal Revenue Service regulations impose a 12 month waiting period before final distributions from Plan II (due to the termination) may be made and that distributions would be made as soon as practicable after March 6, 2016.

TKH has reviewed when it would be practicable to make the final Plan II distributions and has determined that certain IRS Code Section 409A tax penalty regulations make it prudent to postpone the final distributions until a later date. Under Code Section 409A, the termination and liquidation of the Plan may not occur proximate to a downturn in the financial health of the Company. As TKH will not violate 409A, your funds are protected from substantial tax penalties due to an accelerated distribution.

TKH has until March 5, 2017 to make the final distribution under current Plan termination rules. Periodic updates to the decision to postpone the NQ distribution will occur starting September 2016 and will continue through March 5, 2017 on a monthly basis. The Plan will continue to operate under normal Plan distribution methods and employee deferrals to the Plan will remain frozen. Please be advised that if the Plan does not distribute funds by March 5, 2017, the Company is required to re-evaluate its decision to terminate the Plan. If the decision is made at that time to terminate the Plan again, then the 12 month waiting period will start over. The earliest distribution under this scenario would be March of 2018.

If you have any questions, please contact Kim Pietruszka at 248-340-7649.

Sincerely,

Ryan Brueckner
Vice President of Human Resources