UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK Holdings Inc.<br><br>                    Debtor. | Chapter 11<br><br>Bankruptcy No. 17-11375 (BLS) |
| Michael O'Boyle, Thomas Messner, Don Schiemann, Shan Cong and Alby Berman<br><br>                    Plaintiff,<br>v.<br>TK Holdings, Inc. and Joyson Safety Systems Acquisition LLC<br><br>                  Defendant. | Adversary No. 18-50691 (BLS) |

## ORDER

AND NOW, this 6th day of Dec., 2018, an adversary proceeding having been filed on, 8/10/2018

**And** the Plaintiff having taken no action to serve the Complaint within the ninety (90) day period, pursuant to Fed. R. Civ. 4(m), it is

**ORDERED** that the above-captioned Adversary Proceeding is **DISMISSED.**

BY THE COURT:

*/s/ Brendan L. Shannon/*

UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Delaware

O'Boyle,
    Plaintiff

TK Holdings, Inc.,
    Defendant

Adv. Proc. No. 18-50691-BLS

## CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: Lesa                   Page 1 of 1                  Date Rcvd: Dec 06, 2018
                               Form ID: pdfodc              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
  NO NOTICES MAILED.

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 06 2018 20:41:35      U.S. Trustee,
                  Office of the United States Trustee,    J. Caleb Boggs Federal Building,
                  844 King Street, Suite 2207,    Lockbox 35,    Wilmington, DE 19801-3519
ust             +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 06 2018 20:41:35      U.S. Trustee,
                  Office of United States Trustee,    J. Caleb Boggs Federal Building,
                  844 King Street, Suite 2207,    Lockbox 35,    Wilmington, DE 19801-3519
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft             Joyson Safety Systems Acquisition LLC
dft             TK Holdings, Inc.
                                                                                           TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
```
          Duane David Werb    on behalf of Plaintiff Thomas  Messner
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Plaintiff Michael  O'Boyle
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Plaintiff Alby  Berman
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Plaintiff Shan  Cong
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Plaintiff Don  Schiemann
           maustria@werbsullivan.com;riorii@werbsullivan.com
                                                                                              TOTAL: 5
```